IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | Criminal Action No. 05-38 |
| TYRONE WILLIAMS, | ) ) ) | |
| Defendant. | ) | |

**REDACTED**

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### Count One

On or about March 17, 2005, in or near Wilmington, in the State and District of Delaware, Tyrone Williams, defendant herein, did knowingly possess in and affecting interstate and foreign commerce, a firearm, that is, a Glock Model 23, .40 caliber semi-automatic handgun, serial no. BHM766US after having been convicted on or about November 21, 2000, of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court in and for New Castle County, Delaware, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL:

Foreperson

COLM F. CONNOLLY
United States Attorney

By: *Richard G. Andrews*
Richard G. Andrews
First Assistant U.S. Attorney

Dated: April 26, 2005