IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05- 38 |
| | ) | |
| TYRONE WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION AND ORDER FOR BENCH WARRANT

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Richard G. Andrews, First Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, TYRONE WILLIAMS, as a result of the Indictment returned against him on April 26, 2005.

COLM F. CONNOLLY
United States Attorney

By: _____
Richard G. Andrews
First Assistant United States Attorney

Dated: 4/26/05

AND NOW, this ____26____ day of ____April____, 2005, upon the foregoing Motion, IT IS ORDERED that a warrant issue for the arrest and apprehension of TYRONE WILLIAMS.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge