IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|     Plaintiff, | ) |
|   v. | )   No. 05-38 |
| TYRONE WILLIAMS, | ) |
|     Defendant. | ) |

**MOTION FOR DETENTION HEARING**

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. §3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves (**check all that apply**):

     __X__    Crime of violence (18 U.S.C. § 3156)

     _____    Maximum sentence life imprisonment or death

     _____    10+ year drug offense

     _____    Felony, with two prior convictions in above categories

     __X__    Serious risk defendant will flee

     _____    Serious risk obstruction of justice

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

     __X__    Defendant's appearance as required

     __X__    Safety of any other person and the community

3. **Rebuttable Presumption**. The United States (will, will not) invoke the rebuttable presumption against defendant under §3142(e). (If yes) The presumption applies because (**check one or both**):

  _____  Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. §924(c)

  _____  Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

  _____  At first appearance

  \_\_X\_\_  After continuance of \_\_3\_\_ days (not more than 3).

DATED this \_\_29th\_\_ day of \_April\_, 2005.

```
                    COLM F. CONNOLLY
                    United States Attorney


                    BY: /s/
                       Richard G. Andrews
                     First Assistant U. S. Attorney
```