Case 1:05-cr-00038-SLR    Document 5    Filed 04/29/2005    Page 1 of 1

FILED IN OPEN COURT
4/29/05 KJK

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. CR 05-38-UNA |
| TYRONE WILLIAMS | ) |
| Defendant. | ) |

## ORDER

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this 29th day of APRIL, 2005, ORDERED that **Penny Marshall, Esq.** from the Office of the Federal Public Defender for the District of Delaware is hereby appointed to represent said defendant in the cause until further order of the Court.

_____
Hon. Joseph J. Farnan, Jr.
United States District Judge

cc: Federal Public Defender
    704 King Street
    First Federal Plaza, Suite 110
    Wilmington, DE 19801
    (302) 573-6010

    Defendant
    United States Attorney



FILED
APR 29 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE