AO 442  (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____  District of  _____DELAWARE_____

UNITED STATES OF AMERICA

V.

TYRONE WILLIAMS

**WARRANT FOR ARREST**

Case Number:  CR 05-38-UNA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    _____TYRONE WILLIAMS_____
                                                   Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

x Indictment  ☐ Information  ☐ Complain  ☐ Order of court    Violation    Probation Violation Petition

charging him or her    (brief description of offense)

POSSESSION OF A FIREARM BY A FELON

**FILED**
MAY 1 1 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

in violation of  ____18____  United States Code, Section(s)  ____922(g)(1) and 924(a)(2)____

Peter T. Dalleo
Name of Issuing Officer

BY: /s/ _____, Deputy CLERK
Signature of Issuing Officer

Clerk, United States District Court
Title of Issuing Officer

4/26/2005 in Wilmington, DE
Date and Location

Bail fixed at $ _____    by    _____
                                                    Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant _____

Tyrone Williams

| DATE RECEIVED 4-26-05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 4-28-05 | William David, Dosm | William Davis |

AO 442    (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN                     _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____    WEIGHT: _____

SEX: _____    RACE: _____

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____

_____