IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Crim. No. 05-038-SLR ) |
| TYRONE WILLIAMS, | ) ) |
| Defendant. | ) |

O R D E R

At Wilmington this 30th day of June, 2005, having conferred with counsel;

IT IS ORDERED that an evidentiary hearing is scheduled to commence on **Monday, August 1, 2005** at **2:00 p.m.** in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware.

_____
United States District Judge