IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 05-038-SLR |
| ) | |
| TYRONE WILLIAMS, ) | |
| ) | |
| Defendant. ) | |

O R D E R

At Wilmington this 1st day of July, 2005,

IT IS ORDERED that the evidentiary hearing scheduled to commence on **Monday, August 1, 2005** is **rescheduled** to begin at **3:00 p.m.** in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware.

_____
United States District Judge