

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

*Nemours Building*                                    *(302) 573-6277*
*1007 Orange Street, Suite 7100*                      *FAX (302) 573-6220*
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

August 2, 2005

Honorable Sue L. Robinson
Chief Judge
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, Delaware   19801

    Re:   **United States v.  Tyrone Williams**
           <u>**Criminal Action No.   05-38-SLR**</u>

Dear Chief Judge Robinson:

    On behalf of the parties, I write to advise that the agreed upon submission schedule in connection with the motion to suppress is as follows:

        Government Opening Letter Memo:          September  2, 2005
        Defendant's Answering Letter Memo:        September 19, 2005
        Government Reply Letter Memo, if any:     September 26, 2005

        Respectfully submitted,

        COLM F. CONNOLLY
        United States Attorney


    By:   /s/  Richard G. Andrews
        Richard G. Andrews
        First Assistant United States Attorney

pc:  Penny Marshall, Esquire
     Clerk, U.S. District Court