**DEFENDANT (EXHIBIT 12)**
(Attachment 1)

911 CALL

UNIT PASSED INTREPID

WENT TO FRONT OF INTREPID

APPROACHED DRIVER DOOR

SAW DEFENDANT WEARING GREEN JACKET

SAW BULGE

KEEP HANDS IN LAP

CALLED FOR ADDITIONAL OFFICERS

THEN ASKED WHAT DOING IN THE AREA

WAITING FOR FRIEND (TO HELP MOVE)

ASKED / ANSWERED HOW LONG THERE

APPEARED NERVOUS

ASKED FOR ID

DRIVER REACHED FOR ID (TAKE OUT SLOW)

PA LICENSE WAS DEFENDANT'S PICTURE

ASKED WHO OWNED INTREPID

ANSWERED ONE OF HIS BOY'S FRIENDS