## TRANSCRIPTION OF TYRONE WILLIAMS
(Attachment 2)

DATE: 03/17/05
SPECIFIC TIME: 13:35:38 - 13:38:59

**13:35:38** T. WILLIAMS:     I JUST EXPLAINED TO YOU WHY I HAD THAT GUN NOW LET ME EXPLAIN TO YOU, TOO. I WAS SITTING IN THE  CAR MINDING MY BUSINESS. I DIDN'T LOOK SUSPICIOUS, BECAUSE THIS IS WHAT I GOT ON. WHAT IS SUSPICIOUS ABOUT THIS AND A ARMY COAT. WHAT IS SUSPICIOUS ABOUT TWO MEN SITTING IN A CAR ON THE CORNER. WE WASN'T DRINKING, WE WASN'T SMOKING, WE WASN'T LOUD TALKING, WE WAS CONVERSATING. WAITING FOR SOMEBODY TO COME SO WE COULD HELP THEM MOVE THEIR STUFF.

**13:36:03**                          WHERE IS THE SUSPICION IN THAT? WHOEVER CALLED THE POLICE THEY ARE SUSPICIOUS...( UNINTELLIGIBLE), THEY MUST OF THOUGHT SOMEBODY WAS TRYING TO DO SOMETHING TO THEM THAT DID FOR SOMETHING THEY DONE TO SOMEBODY. WE ARE IN THE CAR, WE DIDN'T DO ANYTHING, WE WERE MINDING OUR BUSINESS. WHAT SUSPICIOUS IS THAT? WERE NOT WALKING UP AND DOWN THE STREET, WERE NOT STANDING ON THE CORNER. WHERE IS THE SUSPICION IN IT.

**13:36:17** OFFICER:          AGAIN, I DON'T KNOW THE EXACT, HOW THE CALL CAME IN.

**13:36:21** T.WILLIAMS:      YEAH

**13:36:22** OFFICER:         BUT THAT'S SOMETHING LIKE I SAID. THAT I DON'T KNOW THOSE DETAILS. THAT GOING TO BE THE HANDLING OFFICER THAT'S GOING TO HAVE TO ANSWER THAT BETTER THAN I CAN. UM AND YOU'RE RIGHT THAT'S AN ISSUE THAT, THAT HAS TO COME OUT.

**13:36:32** T. WILLIAMS:     YEAH, EXACTLY. UNDERSTAND, UM I'M A MAN AND ALL MEN GOT GOOD AND BAD IN THEM, YOU KNOW WHAT I MEAN? I'M A GOOD GUY. WHETHER YOU BELIEVE THAT OR NOT, I'M TELLING YOU TO YOUR FACE, SO IT DON'T BE NO MISUNDERSTANDING.   I'M

|  | NOT A MURDERER, I'M NOT A RAPIST, I'M NOT A KILLER. I'M A MAN TRYING TO SURVIVE. I'M NOT TRYING TO DO NOTHING ELSE, IT'S NO EXTRA WITH THAT. I'M NOT TRYING TO DO NOTHING EXTRA, TO PUT MYSELF IN JAIL OVER NOTHING. IT'S NOTHING WITH THAT.  I'M A CITIZEN. |
|---|---|
| **13:37:00** | REGARDLESS WHAT THE NEXT PERSON MIGHT THINK OR WHAT THEY MIGHT NOT LIKE WHAT I DO. THEY BETTER LOOK AT WHAT I DON'T DO, I'M NOT RUNNING AROUND HERE SHOOTING. I'M NOT RUNNING AROUND HERE KILLING PEOPLE, AND I'M NOT RUNNING AROUND HERE TERRORIZING MY COMMUNITY WHERE I LIVE AT. THAT MAKES ME A CITIZEN. |
| **13:37:13** OFFICER: | I UNDERSTAND THAT |
| **13:37:14** T.WILLIAMS: | SO WHATEVER ELSE THEY MIGHT THINK, THAT'S THEIR THOUGHTS. I'M NOT A CRIMINAL MAN. I'M JUST A MAN. I'M NOT RUNNING AROUND KILLING NOBODY, SO I'M NOT AFRAID OF NOBODY. WHEN I GO TO THIS COURT. |
| **13:37:24** OFFICER: | I UNDERSTAND AND I HOPE ME INTERVIEWING YOU HERE IS ALLOWING YOU THAT OPPORTUNITY. THAT I'M TREATING YOU WITH MUTUAL RESPECT. |
| **13:37:33** T. WILLIAMS: | I NEVER BEEN DISRESPECTED. |
| OFFICER: | WELL I UNDERSTAND THAT, BUT I THINK AND I HOPE YOU  SEE THAT. |
| **13:37:33-40** | UNINTELLIGIBLE BOTH TALKING AT THE SAME TIME) |
| **13:37:40** T. WILLIAMS: | REMEMBER I JUST TOLD, I SAID; LISTEN, I DON'T HAVE NO DISRESPECT FOR COPS. YOU WILL NEVER HAVE TO WORRY ABOUT,  LISTEN, YOU'LL NEVER HAVE TOWORRY ABOUT. (OFFICER TALKING ALSO) LISTEN, YOU'LL NEVER HEAR ABOUT ME DOING NOTHING TO A COP OR NOTHING OR HAVING NO BEEF. YOU DON'T HAVE TO WORRY ABOUT THAT, I AM NOT ONE OF THOSE KIND OF GUYS, I GOT SENSE. SEE A PERSON LIKE THAT DOESN'T HAVE SENSE. I GOT COMMON SENSE. |

**13:37:56** OFFICER:          YEAH, I HOPE SO.

          T. WILLIAMS:    I'M NOT UNCOMFORTABLE FOR ANYTHING,
**13:38:00**                        I'M NOT STUPID. I'M NOT UP TO HURT ANYONE. I'M NOT
                              GOING TO LET ANYBODY HURT ME. THAT'S THE WHOLE
                              ISSUE.

**13:38:06** OFFICER:          O.K , THAT'S FAIR.

**13:38:06** T. WILLIAMS:    THAT'S ALL IT IS OFFICER. AND WE TALKED YOU GOT
                              THAT ON RECORD , YOU KNOW WHAT I MEAN. THAT'S
                              IT YA MEAN, AND I  TALKED TO YOU BEFORE, AND I
                              DON'T HAVE AN UNCOMFORTABLE FEELING SITTING
                              HERE TALKING TO YOU AND I DIDN'T BEFORE.

**13:38:21** OFFICER:          WELL, WHAT I'M GOING TO DO IS , I'M GOING TO TAKE
                              YOU  BACK DOWN HERE GIVE ME A COUPLE OF
                              SECONDS, WE'LL TAKE YOU DOWN THERE AND HE IS
                              EVENTUALLY GOING TO EXPLAIN EVERYTHING THAT
                              YOU'RE CHARGED WITH AND YOU GO FROM THERE

**13:38:31** T. WILLIAMS:    AND IF I NEED YOUR CARD OFFICER

**13:38:32** OFFICER:          YOU KNOW WHO I AM

**13:38:32** T. WILLIAMS:    I KNOW WHO YOU ARE. YOU KNOW I DON'T HAVE NO
                              PROBLEM COMING UP HERE.

**13:38:37** OFFICER:          I'M NOT WORRIED ABOUT THAT, I'M JUST SAYING
                              YOU NEVER KNOW

          T. WILLIAMS:    AND IT EVER CAME DOWN BETWEEN RIGHT OR
                              WRONG ON SOME REAL BASIC STUFF. I'M ON THE
                              RIGHT SIDE. I HAVE TO WAKE UP EVERY MORNING,
                              AND THAT'S NO MATTER WHERE I WAKE UP.

**13:38:59** OFFICER:          IT'S A NICE FAMILY. ALRIGHT TYRONE, GIVE ME A
                              COUPLE SECONDS AND I'LL TAKE CARE. ALRIGHT?