AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ DELAWARE

U.S.A

V.

TYRONE WILLIAMS

**EXHIBIT AND WITNESS LIST**

Case Number: 05-38-SLR

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Sue L. Robinson | Richard Andrews, Esq. | Penny Marshall, Esq. |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 8/1/05 Suppression Hearing | V. Gunning | Tassone |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 |  | 8/1/05 |  | YES | Audio Tape - 911 Call |
| 2 |  | 8/1/05 |  | YES | Transcript of 911 Call, 3/17/05, Wilcom and 911 Caller |
| 3 |  | 8/1/05 |  | YES | Dispatch Records |
|  | 2 | 8/1/05 |  | YES | VHS Tape - Video of Tyrone Williams |
| 4 |  | 8/1/05 |  | YES | Map |
| 5 |  | 8/1/05 |  | YES | Photo |
| 6 |  | 8/1/05 |  | YES | Photo |
| 7 |  | 8/1/05 |  | YES | Photo |
| 8 |  | 8/1/05 |  | YES | Photo |
| 9 |  | 8/1/05 |  | YES | Photo |
| 10 |  | 8/1/05 |  | YES | Photo |
| 11 |  | 8/1/05 |  | YES | Photo |
|  | 1 | 8/1/05 |  | YES | Redacted Report agreed upon by the parties |
|  | 12 | 8/1/05 |  | YES | Demonstrative Exhibit |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages