

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

*Nemours Building*  
*1007 Orange Street, Suite 7100*  
*P.O. Box 2046*  
*Wilmington, Delaware 19899-2046*

*(302) 573-6277*  
*FAX (302) 573-6220*

September 26, 2005

Honorable Sue L. Robinson  
Chief Judge  
United States District Court  
J. Caleb Boggs Federal Building  
844 King Street  
Wilmington, Delaware 19801

    Re: **United States v. Tyrone Williams**  
        <u>**Criminal Action No. 05-38-SLR**</u>

Dear Chief Judge Robinson:

    On behalf of the parties, I write to advise that the Government's Reply Letter Memo, which the parties agreed, and so notified the Court on or about August 2, 2005, would be due on September 26, 2005, has by agreement of the parties been changed to September 30, 2005.

        Respectfully submitted,

        COLM F. CONNOLLY  
        United States Attorney

        By: */s/ Richard G. Andrews*  
        Richard G. Andrews  
        First Assistant United States Attorney

pc:   Penny Marshall, Esquire  
      Clerk, U.S. District Court