IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 05-038-SLR |
| | ) |
| TYRONE WILLIAMS, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 1st day of December, 2005, for the reasons stated;

IT IS ORDERED that:

1. Defendant's motion to suppress evidence is granted. (D.I. 10)

2. The weapon seized from defendant is suppressed and such evidence is inadmissible in plaintiff's case in chief at trial.

3. A status telephone conference is scheduled for **Monday, December 12, 2005** at **9:00 a.m.**, with the court initiating said call.

_____
United States District Judge