IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Criminal Action No. 05-038-SLR |
| | ) |
| TYRONE WILLIAMS, | ) |
| | ) |
| Defendant. | ) |

**MOTION AND ORDER TO DISMISS**

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Richard G. Andrews, First Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss the Indictment as it relates to the defendant in the interest of justice.

COLM F. CONNOLLY
United States Attorney

BY: _/s/ Richard G. Andrews_
Richard G. Andrews
First Assistant United States Attorney

Dated: December 5, 2005

IT IS SO ORDERED this __6th__ day of __December__, 2005.

_/s/ Sue L. Robinson_
Honorable Sue L. Robinson
Chief Judge, United States District Court